UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-22149-CIV-MARTINEZ-MCALILEY

AF HOLDINGS LLC,

    Plaintiff,

vs.

JOHN DOE,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 120 days after the filing of the complaint. Plaintiff filed this action on June 7, 2012 and, to date, there is no indication in the court record file that Defendant has been served with the summons and Complaint. It is therefore

**ORDERED AND ADJUDGED** that

On or before **October 29, 2012**, Plaintiff shall show cause by filing a Return of Service indicating that service has been properly affected on Defendant. If no Return of Service has been filed by the above deadline, this case shall be immediately dismissed without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of October, 2012.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record